DEC 1 4 2005

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. __2:05cr301-A__ |
| v. | ) | [18 USC 2252A(a)(5)(A); |
| | ) | 18 USC 3261(a)(1)] |
| MICHAEL DAVID KING | ) | |

The Grand Jury charges:

### COUNT 1

1.     The defendant MICHAEL DAVID KING is currently a resident of Montgomery County, Alabama.

2.     At all relevant times, Northrup Grumman Corporation ("Northrup") (including its subsidiaries and affiliates) was in the business, among others, of providing goods and services to the Department of Defense.

3.     In or about February 2003, the Friendly Forces Housing Complex (the "Complex") was a building located at Prince Sultan Air Base ("PSAB") in Saudi Arabia. At the time, the Complex was used by and under the control of the United States Government.

4.     In or about February 2003, KING was employed by Northrup and was working at PSAB in connection with (a) Northrup's contract with a component of the Department of Defense, and (b) Northrup's subcontract with a party who had a contract with a component of the Department of Defense. King resided at the Complex at the time he was working at PSAB.

5.     On or about February 27, 2003, at Prince Sultan Air Base, Saudi Arabia, the defendant,

MICHAEL DAVID KING,

in a building used by and under the control of the United States Government, did knowingly possess

books, magazines, periodicals, film, videotapes, computer disks, and other material containing

images of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(5)(A)

and 3261(a)(1).

A TRUE BILL:

Foreperson

LEURA GARRETT CANARY
United States Attorney

Andrew O. Schiff
Assistant United States Attorney

-2-