```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
|     Plaintiff, | * |
| | * |
| V. | * CR. NO. |
| **MICHAEL DAVID KING** | * 2:05CR301-A |
| | * |
|     Defendant. | * |

**NOTICE OF ATTORNEY APPEARANCE-DEFENDANT**

Come now Jeffery C. Duffey and enters his appearance as retained counsel for defendant Michael David King.

Respectfully submitted this 21st day of April, 2006.

                                        s/Jeffery C. Duffey
                                        JEFFERY C. DUFFEY
                                        Attorney for Defendant
                                        Michael David King
                                        600 South McDonough Street
                                        Montgomery, AL  36104
                                        Phone: 334-834-4100
                                        Fax: 334-834-4101
                                        email: jcduffey@aol.com
                                        Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andrew O. Schiff
AUSA
P.O. Box 197
Montgomery, AL 36101

                                             Respectfully submitted,

                                             s /Jeffery C. Duffey
                                             JEFFERY C.  DUFFEY
                                             Attorney for Defendant
                                             Michael David King