## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON.  Vanzetta Penn McPherson

DATE COMMENCED:    4/24/06         DIGITAL RECORDING: 11:21 - 12:19

DATE COMPLETED:    4/24/06                                 2:06 - 2:15

USA                                *

vs                                 *          2:05cr301-WHA

MICHAEL DAVID KING                 *

---

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Andrew O. Schiff | * | Jeffery Duffey |

---

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Tamara Martin, Pretrial Officer

---

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:    Detention Hearing




SEE MINUTES ATTACHED

2:05cr301-WHA:   USA vs. Michael David King; DETENTION HEARING      Courtroom 5A

| Time | Speaker | Note |
|---|---|---|
| 11:21:12 AM | Court | Convenes; Witnesses Sworn |
| 11:22:01 AM | Government | Calls Witness Margaret Faulkner; Witness Testifies |
| 11:28:17 AM | Defense | Objection |
| 11:28:21 AM | Court | Objection overruled |
| 11:29:12 AM | Defense | Cross Examines Witness |
| 11:33:17 AM | Court | Questions witness |
| 11:33:33 AM | | Witness Excused |
| 11:34:07 AM | Defense | Offers Exhibits 1 and 2 |
| 11:35:16 AM | Defense | Makes argument to the Court in behalf of defendant |
| 11:37:01 AM | Court | Admits Exhibits I and 2 |
| 11:37:17 AM | Defense | Calls witness Kenneth Segel |
| 11:40:53 AM | Government | Cross Examines witness |
| 11:43:29 AM | | Witness Excused |
| 11:43:55 AM | Defense | Gives Closing Argument |
| 11:47:04 AM | Court | Questions Defense Attorney |
| 11:47:38 AM | Defense | Responds |
| 11:49:17 AM | Government | Gives Closing Argument |
| 11:51:08 AM | Court | Questions Witness Margaret Faulkner |
| 11:53:20 AM | Defense | Address the Court as regards to the defendant |
| 11:54:52 AM | Court | Questions Defense Attorney as to conditions which could be imposed |
| 11:56:07 AM | Defense | Responds |
| 11:58:34 AM | Court | Reasonably guarantee the safety of the community is the issue |
| 12:03:58 PM | Defense | Consider case is still in allegations stage |
| 12:04:12 PM | Witness Faulkner | Responds to Court question as to analysis, Analysis of CD Roms available within 2 or 3 weeks if rushed |
| 12:07:36 PM | Court | Gives consideration of full time employment but problem runs with coming into access to computers |
| 12:10:56 PM | Defense | If can't find job could community service be substituted? |

| Time | Speaker | Note |
|---|---|---|
| 12:11:32 PM | Court | Paid Labor would be for his benefit and Court would not suggest employment from non-profit organization especially around children; Release defendant 1) give defendant 2 weeks to find full time job which does not include use of computers, any access to computers, employer must understand defendant can not be asked to use - this would be a violation of pretrial release; 2).Computers, cell telephone, pdas or any hand held devices which records or stores images or has that capacity must be removed from his home including TV with capabilities; 3) Must report in person to Pretrial Officer once a week; 4) Every 2 weeks Pretrial Officer must visit defendant's home making a sweep; 5) Receive Report of Analysis of Materials found in the home-Don't File; Decision may be revisited after review of material; 6) Travel should be accompanied when leaving home with the exception of work- Defendant must be taken to work; 7) No contact with anyone under 18 except his own son; Special Conditions-Mental Health Counseling immediately and report when scheduled; Release effective immediatley; Report employement - Where and When; |
| 12:18:24 PM | Court | Court to reconvene at 2:00 p.m. for signing of Bond and Conditions |
| 12:19:11 PM | | Court in Recess |

| Description | 2:05cr301-WHA: USA vs. Michael David King: Detention Hearing (Signing of Bond Papers) | | |
|---|---|---|---|
| Date | 4/24/2006 | Location | Courtroom 5A |
| Time | Speaker | Note | |
| 2:06:15 PM | Court | Reconvenes | |
| 2:07:57 PM | | Defendant signs Bond and Conditions of Release | |
| 2:14:54 PM | Court | Ms. King may keep cell phone if Cornelius White, Automation, US District Court, reviews and determines pictures can not be downloaded by device; Tamara Martin, Pretrial Officer, to ask Mr. White to look at the cell phone. | |
| 2:15:47 PM | | Court in Recess | |