U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEFENDANT'S EXHIBIT LIST
DETENTION HEARING
APRIL 24, 2006

U.S.A. V. MICHAEL DAVID KING - CASE NO. 2:05CR301-A

| EXHIBIT # | DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 1 | CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY - U.S. AIR FORCE | 4/24/06 | 4/24/06 |
| 2 | EMPLOYMENT SUSPENDED W/O PAY NOTICE | 4/24/06 | 4/24/06 |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |