```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION
UNITED STATES OF AMERICA,    *
                             *
    Plaintiff,               *
                             *
V.                           *    CASE NO.2:05CR301-WHA
                             *
MICHAEL DAVID KING,          *
                             *
    Defendant.               *
```

**UNOPPOSED MOTION TO CONTINUE TRIAL**

Comes now the defendant, by and through undersigned counsel, and submits the following:

1. The trial of this case is set for the term beginning June 26, 2006. The pretrial hearing is set for May 15, 2006.

2. The defendant is charged with possession of images of child pornography in violation of Title 18 U.S.C. 2252A(a)(5)(A) and 3261(a)(1). The offense is alleged to have occurred in about February of 2003 in Saudi Arabia.

3. Many witnesses in this case are located in different parts of this country. In addition thereto the research and preparation in this case is very time consuming due to the fact that the crime is alleged to have occurred in another country, the location of witnesses being far removed from this district, the involvement of military and computer law and many complicated evidence questions. Undersigned counsel needs additional time in order to effectively represent Mr. King as

counsel in the case.

4. Undersigned counsel and the government are in good faith negotiations to resolve this case without the necessity of a trial. There are some difficult issues that have arisen in negotiations on both the government's part and the defendant's part that remain unresolved and need to be resolved before a decision regarding a final resolution of this case can be made.

5. It is believed that it would be beneficial to both parties and to the interest of justice for the court to allow additional time for research and preparation for pretrial/trial preparation and for negotiations in this case.

6. In addition to the above undersigned counsel has a civil jury trial set in the Montgomery County Circuit Court for the trial term beginning June 26, 2006, in the case of <u>DeJohn v. James, et.al</u>., Case No.: CV-05-1562, Montgomery Circuit Court.

7. Undersigned counsel has conferred with Assistant United States Attorney Andrew Schiff and the government does not oppose this motion for a continuance.

8. It is also the desire of the defendant that a continuance be granted in this case. A waiver of speedy trial executed by defendant is attached to this motion as Exhibit A.

Wherefore, because of the above reasons undersigned

counsel requests that the trial in the above styled case be set to a later trial term.

Respectfully submitted this 8th day of May, 2006.

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Michael David King
600 South McDonough Street
Montgomery, AL 36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No. ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of May, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Andrew Schiff, AUSA, P.O. Box 197, Montgomery, AL 36101.

s /Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Michael David King