IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,       *
                                *
        Plaintiff,              *
                                *
v.                              *    CR. NO.  05CR301-WHA
                                *
MICHAEL DAVID KING.,            *
                                *
        Defendant.              *

## WAIVER OF SPEEDY TRIAL RIGHTS

I, Michael David King, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

_9 MAY 06_                      _____
Date                            Michael David King
                                Defendant

                                _____
                                Jeffery C. Duffey
                                Attorney for Defendant
                                600 South McDonough Street
                                Montgomery, AL 36104
                                Phone: (334) 834-4100
                                Fax: (334) 834-4101
                                email: jcduffey@aol.com