```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
UNITED STATES OF AMERICA,    *
                             *
     Plaintiff,              *
                             *
V.                           *    CASE NO.2:05cr301-WHA
                             *
MICHAEL DAVID KING,          *
                             *
     Defendant.              *
```

**UNOPPOSED MOTION TO CONTINUE PRETRIAL HEARING DATE**

Comes now the defendant, by and through undersigned counsel, and submits the following:

1. Pretrial hearing in this case is set May 15, 2006, at 9:00 a.m.

2. Defendant has this date filed an unopposed motion to continue trial date in this case.

3. Undersigned counsel has a criminal jury trial in the Montgomery Circuit Court set for May 15, 2006, in the case of State v. Thornton, Case No. CC-05-1280-TMH.

4. Undersigned counsel has conferred with AUSA Andrew Schiff and he does not oppose this motion to continue pretrial hearing date.

Wherefore, based upon the above defendant requests that the pretrial hearing date in this case be reset to a different date.

Respectfully submitted this 8th day of May, 2006.

>s/Jeffery C. Duffey
>JEFFERY C.  DUFFEY
>Attorney for
>Michael David King
>600 South McDonough Street
>Montgomery, AL  36104
>Phone: 334-834-4100
>Fax: 334-834-4101
>email: jcduffey@aol.com
>Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of May, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Andrew O. Schiff, AUSA, P.O. Box 197, Montgomery, AL 36101.

>s /Jeffery C. Duffey
>JEFFERY C.  DUFFEY
>Attorney for
>Michael David King