```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
UNITED STATES OF AMERICA,   *
                            *
     Plaintiff,             *
                            *
V.                          *    CASE NO.2:05cr301-WHA
                            *
MICHAEL DAVID KING,         *
                            *
     Defendant.             *
```

### UNOPPOSED MOTION TO EXTEND MOTION DEADLINES

Comes now the defendant, by and through undersigned counsel, and submits the following:

1. This case is set for the trial term beginning June 26, 2006; and a pretrial hearing date of May 15, 2006.

2. Defendant has this date filed unopposed motions to continue trial date and to continue pretrial hearing date.

3. Motion deadline for this case is set to expire May 11, 2006.

4. Many witnesses in this case are located in different parts of this country. In addition thereto the research and preparation in this case is very time consuming due to the fact that the crime is alleged to have occurred in another country, the location of witnesses being far removed from this district, the involvement of military and computer law and many complicated evidence questions. Undersigned counsel needs additional time to determine if relevant pretrial motions need

to be filed in order to effectively represent Mr. King as counsel in the case.

5. Undersigned counsel has conferred with the Assistant United States Attorney Andrew Schiff and the government does not oppose this motion to extend motion deadlines so long as defendant's motion to continue trial is granted.

Wherefore, because of the above reasons undersigned counsel requests that the motion deadlines in the above styled case be reset to a later trial term.

Respectfully submitted this 8th day of May, 2006.

> s/Jeffery C. Duffey
> JEFFERY C. DUFFEY
> Attorney for
> Michael David King
> 600 South McDonough Street
> Montgomery, AL  36104
> Phone: 334-834-4100
> Fax: 334-834-4101
> email: jcduffey@aol.com
> Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of May, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Andrew Schiff, AUSA, P.O. Box 197, Montgomery, AL 36101.

> s /Jeffery C. Duffey
> JEFFERY C. DUFFEY
> Attorney for
> Michael David King