IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:05cr301-WHA |
| MICHAEL DAVID KING | ) | |

**ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #14), filed by the Defendant on May 8, 2006. The Defendant has filed a Waiver of Speedy Trial Rights, and the Government does not oppose the motion.

For the reason that defense counsel is in need of additional time to adequately prepare the defense of this complex case, or to reach an agreement with the Government prior to trial, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, it is hereby ORDERED as follows:

1. The motion is GRANTED.

2. Trial of this case is CONTINUED from June 26, 2006, to the term commencing October 24, 2006.

DONE this 9th day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE