IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | 2:05cr301-WHA |
| ) | |
| MICHAEL DAVID KING    ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the Defendant's Unopposed Motion for Extension of Time to File Motions, filed on 8 May 2006 (Doc #16), is GRANTED. All pretrial motions in this case shall be filed by 23 June 2006.

DONE this 9th day of May 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE