IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | 2:05cr301-WHA |
| ) | |
| MICHAEL DAVID KING ) | |

### ORDER ON MOTION

For good cause, it is

ORDERED that the Defendant's Unopposed Motion to Continue Pretrial, filed on 8 May 2006 (Doc #15), is GRANTED. Pretrial in this case is hereby reset to 2 June 2006 at 9:00 a.m.

DONE this 9th day of May 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE