| COURTROOM DEPUTY'S MINUTES | DATE: 6/2/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:19 - 9:21 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:**    2:05cr301-WHA    **DEFENDANT(S):** Michael David King

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Brown Hardwick | * | Ben Schoettker, standing in for Jeff Duffey |

❐ **DISCOVERY STATUS:**    Not Complete; may be complete by the end of July

❐ **PENDING MOTION STATUS:**    None

❐ **PLEA STATUS:**

Possible Plea

❐ **TRIAL STATUS**    10/24/06 Trial Term

2 to 3 days for trial

❐ **REMARKS:** If case is not resolved in a plea, a superseding indictment may be filed