EXHIBIT A

# STATEMENT OF SUSPECT/WITNESS/COMPLAINANT

## PRIVACY ACT STATEMENT

[X] SUSPECT
[ ] WITNESS/COMPLAINANT

**AUTHORITY:** 10 U.S.C. 8013; 44 U.S.C. 3101; and EO 9397

**PRINCIPAL PURPOSES:** Used to record information and details of criminal activity which may require investigative action by commanders, supervisors, security police, AFOSI special agents, etc.; and to provide information to appropriate individuals within DoD organizations who ensure proper legal and administrative action is taken.

**ROUTINE USES:** Information may be disclosed to local, county, state, and federal law enforcement/investigative authorities for investigation and possible criminal prosecution or civil court action. Information extracted from this form may be used in other related criminal and/or civil proceedings.

**DISCLOSURE IS VOLUNTARY:** SSN is used to positively identify the individual making the statement.

## I. STATEMENT INFORMATION

| DATE (YYYY MM DD) | TIME | LOCATION AND INSTALLATION (Bldg/Room No) | UNIT TAKING STATEMENT | REPEAT (If known) |
|---|---|---|---|---|
| 2002 02 27 | 1255 | 2900 363 ESFS PSAB AB, Saudi Arabia | 363 ESFS/SFOI | OFFENSE / COMPLAINT |

## II. PERSONAL IDENTIFICATION (Print or Type)

**NAME (Last, First, Middle Initial):** Lopez, Henry R.

**SSN:** [redacted]

**STATUS/GRADE:** AD/E-5

**LOCAL ADDRESS (Include Zip Code):** Bldg 322A - RM 110 PSAB KSA

**DATE AND PLACE OF BIRTH (If required):** 22 May 1970 / California

**TELEPHONE HOME:** 434-8255

**PERMANENT ADDRESS OR HOME OF RECORD (Include Zip Code):** Nellis AFB NV 89191

**MILITARY ORGANIZATION/EMPLOYER:** 363 ESFS

**DUTY:** 434-7866

**DEROS:** 0603

### SPONSOR INFORMATION

| NAME (Last, First, Middle Initial) | GRADE | SSN | ORGANIZATION | DUTY PHONE |
|---|---|---|---|---|

## III. ACKNOWLEDGEMENT OF OFFENSES AND 5TH AMENDMENT/ARTICLE 31 RIGHTS ADVISEMENT (Suspect Only)

I have been advised that I am suspected of the following offenses:

**ADVISED BY (Full Name and Rank):**

**INDIVIDUAL IDENTIFIED HIMSELF/HERSELF AS A (SF, special agent, etc.):**

| SUSPECT INITIALS | ...and advised me that I have the following rights according to the 5th Amendment of the U.S. Constitution/Article 31 of the Uniform Code of Military Justice. |
|---|---|
| | I have the right to remain silent - that is to say nothing at all. |
| | Any statement I make, oral or written, may be used as evidence against me in a trial or in other judicial, non-judicial, or administrative proceedings. |
| | I have the right to consult with a lawyer. |
| | I have the right to have a lawyer present during this interview. |
| | I may obtain a civilian lawyer of my own choice at no expense to the government. |
| | I may request a lawyer any time during this interview. |
| | If I decide to answer questions with or without a lawyer present, I may stop the questioning at any time. |
| | MILITARY ONLY: If I want a military lawyer, one will be appointed for me free of charge. |
| | CIVILIANS ONLY: If I cannot afford a lawyer and want one, a lawyer will be appointed for me by civilian authorities. |

| SUSPECT INITIALS | I have read my rights as listed above and I fully understand my rights. No promises, threats, or inducements of any kind have been made to me. No pressure or coercion has been used against me. I make the following choice. (Initial One) |
|---|---|
| | I do not want a lawyer. I am willing to answer questions or make a statement or both, about the offense(s) under investigation. |
| | I do not want a lawyer and I do not wish to make a statement or answer any questions. |
| | I want a lawyer. I will not make any statement or answer any questions until I talk to a lawyer. |

I fully understand my rights and that my signature does not constitute an admission of guilt.

**SIGNATURE OF SUSPECT:**

**SIGNATURE OF WITNESS/INTERVIEWER:**

FORM 1168, 19980401 (EF-V2)   PREVIOUS EDITIONS ARE OBSOLETE

78

Henry Lopez
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
27 Feb 03

On 22 Feb 03, I was searching for music files on the PSAB network to map to "My Computer." I found a computer that had the C-drive shared out. The path is \\JTF-j65-ngithl\c-drive. The computer had music, movie, game, and various other files on it. As I looked through some of the folders, I came across a pornographic movie and text files of a pornographic nature. I tried to notify the 363 ESFS Investigator on 22 Feb 03, but could not locate him. I was able to report what I found to the 363 ESFS Investigator, SSgt O'Brien on 24 Feb 03. ///End of Statement///