**EXHIBIT B**

# STATEMENT OF SUSPECT/WITNESS/COMPLAINANT

**PRIVACY ACT STATEMENT**

☐ SUSPECT
☒ WITNESS/COMPLAINANT

AUTHORITY: 10 U.S.C. 8013; 44 U.S.C. 3101; and EO 9397
PRINCIPAL PURPOSES: Used to record information and details of criminal activity which may require investigative action by commanders, supervisors, security police, AFOSI special agents, etc., and to provide information to appropriate individuals within DoD organizations who ensure proper legal and administrative action is taken.
ROUTINE USES: Information may be disclosed to local, county, state, and federal law enforcement/investigative authorities for investigation and possible criminal prosecution or civil court action. Information extracted from this form may be used in other related criminal and/or civil proceedings.
DISCLOSURE IS VOLUNTARY: SSN is used to positively identify the individual making the statement.

## I. STATEMENT INFORMATION

| DATE (YYYY MM DD) | TIME | LOCATION AND INSTALLATION (Bldg/Room No) | UNIT TAKING STATEMENT | REPEAT (If known) |
|---|---|---|---|---|
| 2003 02 27 | 0816 | Bldg 108 363 ESFS PSAB KSA 09882 | 363 ESFS/SFOI | OFFENSE / COMPLAINT |

## II. PERSONAL IDENTIFICATION (Print or Type)

NAME (Last, First, Middle Initial): Lamar, Jennifer B.

SSN: [redacted]

STATUS/GRADE: AD/E-4

LOCAL ADDRESS: Bldg 408A Rm 201, PSAB KSA 09882

DATE AND PLACE OF BIRTH: 21 Oct 78 / PA

TELEPHONE — HOME: 434-9527  DUTY: 434-1283

PERMANENT ADDRESS OR HOME OF RECORD: 436 CS, Dover AFB DE

MILITARY ORGANIZATION/EMPLOYER: 363 ECS PSAB KSA

DEROS: 15 Mar 03

SPONSOR INFORMATION — NAME / GRADE / SSN / ORGANIZATION / DUTY PHONE: (blank)

## III. ACKNOWLEDGEMENT OF OFFENSES AND 5TH AMENDMENT/ARTICLE 31 RIGHTS ADVISEMENT (Suspect Only)

I have been advised that I am suspected of the following offense(s):

ADVISED BY (Full Name and Rank):

INDIVIDUAL IDENTIFIED HIMSELF/HERSELF AS A (SF, special agent, etc.)

SUSPECT INITIALS ___ and advised me that I have the following rights according to the 5th Amendment of the U.S. Constitution/Article 31 of the Uniform Code of Military Justice.

- I have the right to remain silent - that is to say nothing at all.
- Any statement I make, oral or written, may be used as evidence against me in a trial or in other judicial, non-judicial, or administrative proceedings.
- I have the right to consult with a lawyer.
- I have the right to have a lawyer present during this interview.
- I may obtain a civilian lawyer of my own choice at no expense to the government.
- I may request a lawyer any time during this interview.
- If I decide to answer questions with or without a lawyer present, I may stop the questioning at any time.
- MILITARY ONLY: If I want a military lawyer, one will be appointed for me free of charge.
- CIVILIANS ONLY: If I cannot afford a lawyer and want one, a lawyer will be appointed for me by civilian authorities.

SUSPECT INITIALS ___ I have read my rights as listed above and I fully understand my rights. No promises, threats, or inducements of any kind have been made to me. No pressure or coercion has been used against me.

I make the following choice: (Initial One)

___ I do not want a lawyer. I am willing to answer questions or make a statement or both, about the offense(s) under investigation.
___ I do not want a lawyer and I do not wish to make a statement or answer any questions.
___ I want a lawyer. I will not make any statement or answer any questions until I talk to a lawyer.

I fully understand my rights and that my signature does not constitute an admission of guilt.

SIGNATURE OF SUSPECT:

SIGNATURE OF WITNESS/INTERVIEWER:

AF FORM 1168, 19980401 (EF-V2)   PREVIOUS EDITIONS ARE OBSOLETE.

Jennifer Lamar
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
27 Feb 03

JBL On 25 Feb 2003, I received an e-mail stating that some porn had been found on a dorm room computer. I immediately went to the folders in question, and verified that there was inappropriate material. One of the folders contained over 1000 text files of explicit stories. I didn't find any pictures in any of the folders containing the text files. The other folder contained a one and a half-hour long porn video in it. I copied the explicit material as well as the user's profile onto the BIPO computer for future reference. It appears that the computer in question is in the dorm room of Mr. Michael King. The only profile on that computer belonged to king.michael. It looks like he is the only person to use that computer. In the folder full of the porn stories, there was a subfolder called pedophilia. This raised the question of child pornography. I did a search on the C Drive of the computer in question for all image files. I looked at every single picture that it returned, but did not find any child pornography. I also did a thorough review of his temporary internet files, and found a few pictures that appeared to have come off of porn websites. I ran the proxy logs for his username for 4 Jan 03, 8 Feb 03, 11 Feb 03, 12 Feb 03, 13 Feb 03, 17 Feb 03, and 18 Feb 03. I did a thorough review of those logs and didn't find anything that violated GO1. I ran the logs for those days, because those are the days that his Temporary Internet Files showed suspicious activity. Upon not finding anything with his web activity, I went back to researching his computer to try to link his username to the text files and/or porn video that was found. The first thing I looked at was the permissions and ownership of the folders containing the material. Both folders were owned by the local administrators group and accessible by Everyone. I went in the folder containing his profile on the computer (c:\documents and settings\king.michael.PSAB). From there I went to the Recent Folder to see what files he has accessed recently. In there I found two links to the porn video. The links were dated 5 Nov 02 and 28 Nov 02. This means that he accessed that video on those dates. After linking the video to his profile, I started researching the text files. I went into the folder containing his profile again and opened up the Application Data folder. Inside that folder, I noticed a folder called Ipswitch. I wasn't sure what this was, so I opened it up and found a folder called Ws_FTP. I opened up the Logs folder within there and found some FTP logs. The file called ws_ftp.log contained a lot of the activity concerning those text files. It started on 03 Nov 02 and the last entry was on 12 Jan 03. This file showed the user downloading all of the text files. The other log file called WS_FTPSession contained all of the session information. It basically shows everything that the user saw and everything that the user typed in. Close to the top of this log, it shows the text banner that the user saw when he logged into the ftp server. This banner states that by continuing past the banner, you verify that you are at least 18 years or older and that it is not illegal to download sexually oriented text files from where you are located. This shows that the user was aware of the material located on that server before he started downloading. At some point, his session terminated and he had to log into the server again. It shows the second logon about half-way through the log file. It appears that this log file shows the details for the last ftp sessions from that computer. It shows that the user did download some more of the text files onto his computer. This log shows the details for 12 Jan 2003.///End of Statement/// JBL

Jennifer B LaMar