EXHIBIT C

## AUTHORITY TO SEARCH AND SEIZE

I have ~~previously~~ been informed that Eric O'Brien, INV, 363 ESFS/SFOI PSAB KSA is investigating the offense of Misuse of a Government Computer of Civ Michael King (SUBJECT), SSN: ▮▮▮▮ Northrop Grumman Contractor CENTAF-PSAB

I authorize a search of the ~~(person of)~~ (premises known as) Bldg. 311A Rm. 109 Described as a one bedroom dormitory with an attached bathroom. and has requested that

and the seizure of the following specified property: One government computer identified as Jtf-j65-ngith, any storage devices such as computer disks and and other pornographic material present in the dormitory room.

Having carefully considered the matters presented to me in support of that request, I (am) ~~(was)~~ satisfied that there (is) ~~(was)~~ probable cause to believe that the property specified above (is) ~~(was)~~ being concealed on the ~~(person)~~ (premises) described. I (am) ~~(was)~~ further satisfied from the matters presented that the said property (1) is evidence which will aid in the apprehension or conviction of the person(s) who committed the offense being investigated, or (2) is or has been used, designed, or intended for use, as the means of committing the criminal offense(s) being investigated, or (3) was illegally obtained as the result of the commission of the offense(s) being investigated, or (4) is contraband possessed or controlled in violation of law or regulation, or (5) is a combination of two or more of (1) through (4).

Accordingly, 363 Expeditionary Security Forces Squadron Investigator with the assistance of such person or persons as may be necessary, (is) ~~(was)~~ directed to search forthwith the ~~(person)~~ (premises) described for the property specified, and if such property be found to seize and secure the same for use as evidence in any criminal prosecution hereafter initiated. This authority to search and seize (is) ~~(was)~~ issued by virtue of:

[ ] My position as commander having jurisdiction over the (person) (premises) herein described.

[X] My delegation to me of the authority to authorize searches and seizures by the commander having jurisdiction over the (person) (premises) herein described.

No search conducted pursuant to the authority herein granted shall be initiated later than three days from _____ (date authority is granted).

Dated this 27th day of February 2003 (year), at Prince Sultan AB KSA

**CAUTION**

RECORD SHOULD BE KEPT OF THE INFORMATION GIVEN TO THE AUTHORIZING OFFICER, ON WHICH THAT OFFICER BASES THE AUTHORIZATION, FOR POSSIBLE USE IN COURTS-MARTIAL. MAKE A SUMMARY OF ORAL INFORMATION. ENSURE THAT THIS SUMMARY AND ANY WRITTEN INFORMATION RECEIVED IS PROPERLY PRESERVED. CONSULT THE STAFF JUDGE ADVOCATE. ALSO SEE AFI 31-201.

TYPED NAME, GRADE, AND ORGANIZATION AUTHORIZING OFFICIAL
CHERYL L. DOZIER, Colonel, USAF
Commander, 363 Expeditionary Mission Support Group

SIGNATURE: [signature]

DATE (YYYY DD MM): 20032702

AF FORM 1176, 19880601 (EF-V2)

## Affidavit

On 25 Feb 03, SSGT LOPEZ, 363 ESFS/CCA2, reported to me he had found a computer on the network that contained sexually explicit material. Further investigation revealed the computer identified as **Jtf-j65-ngith** belonged to a CIV MICHAEL KING assigned to CENTAF-PSAB as a civilian contractor. SRA LAMAR, Base Information Protection Officer, conducted an extensive search on KING's computer and discovered the computer is located within the Coalition Complex. One hour and a half long pornographic video was discovered on KING's computer as well as over a 1000 text files containing pornographic stories. Of these 1000 text files, approximately 400-500 of them deal with child pornography. SRA LAMAR also information indicating KING has been the only user to log onto this particular computer. A review of logs stored on KING's computer revealed he did in fact view the pornographic video and download the text documents.

I, based on my communication with SRA LAMAR believe that the computer is still in Bldg. 311A Rm. 109 and contains more video files that cannot be accessed by the 363 ECS. Based on a review of the logs provided by SRA LAMAR some of the media may be contained on removable drives or disks. Within KING's documents are numerous video files that have titles that are sexually explicit in nature. These files cannot be accessed from the network. In addition some of these titles suggest that they may contain child pornography.

ERIC O'BRIEN, SSgt, USAF
Investigator

This affidavit is true and correct to the best of my knowledge sworn before me this 27th day of February 2003.

KRISTINE M. AUTORINO, Capt., USAF
Assistant Staff Judge Advocate