IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR NO. 2:05cr301-WHA |
| | ) |
| MICHAEL DAVID KING | ) |

**ORDER**

Upon consideration of the Defendant's Motion to Suppress (Doc. #23) filed on 23 June 2006, it is hereby

ORDERED that a hearing in this cause be set for 11 July 2006 at 10 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that the government shall file their response to the motion on or before 7 July 2006.

The Clerk is directed to provide a court reporter for the hearing.

DONE this 27th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE