IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr301-WHA |
| | ) | |
| MICHAEL DAVID KING | ) | |

**UNOPPOSED MOTION FOR CONTINUANCE
OF DEFENDANT'S MOTION TO SUPPRESS**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby files this Motion for Continuance. In support of this motion, the Government offers the following:

1. The Government requests that its response to defendant's Motion to Suppress and the hearing on the Motion be continued until after the August 15, 2006 meeting of the grand jury. Because of the quantity of the electronic media seized in the search of the defendant's home, the FBI does not anticipate that it will be able to complete its review of the materials until the end of July. The parties anticipate that they will attempt to negotiate a plea agreement when that review is completed. If those negotiations are successful, the Motion will become moot. If those negotiations are unsuccessful and a superseding indictment is returned based on the materials found during the search of the home, the defendant will likely expand the relief sought in the Motion to seek exclusion of the evidence found during that search. If a superseding indictment is not returned, a late August hearing should allow sufficient time to resolve the Motion in advance of the October 24 trial term.

2. In the alternative, the Government requests a two-week continuance of the response and hearing date. Defendant's Motion challenges the actions of Air Force personnel in Saudi Arabia in 2003, and the Government requires additional time to locate these individuals and arrange either

for affidavits or for their appearance in Montgomery.  In addition, the Government has located one of the individuals, Sgt. O'Brien, the affiant on the search warrant (Exh. C to defendant's motion).  He is currently stationed in Texas and would be unable to come to Montgomery on July 11 because his wife is scheduled to give birth by Cesarean section that week.

     3.     I have spoken with Jeffrey Duffey, counsel for defendant, who advises that he has no objection to either of the alternative continuances requested by the Government.

Respectfully submitted this 30th day of June, 2006.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/Andrew O. Schiff
> ANDREW O. SCHIFF
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, Alabama 36104
> Phone: (334) 223-7280
> FAX: (334) 223-7135
> E-mail: andrew.schiff@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr301-WHA |
| | ) | |
| MICHAEL DAVID KING | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffery C. Duffey, Esq.

                                              LEURA G. CANARY
                                              UNITED STATES ATTORNEY

                                              /s/Andrew O. Schiff
                                              ANDREW O. SCHIFF
                                              Assistant United States Attorney
                                              One Court Square, Suite 201
                                              Montgomery, Alabama 36104
                                              Phone: (334) 223-7280
                                              FAX: (334) 223-7135
                                              E-mail: andrew.schiff@usdoj.gov