IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR301-WHA |
| | ) | [WO] |
| MICHAEL DAVID KING | ) | |

## ORDER ON MOTION

On 30 June 2006, the government filed an Unopposed Motion for Continuance of its response to the defendant's motion to suppress and the evidentiary hearing scheduled thereon (Doc. # 25). The government cites as ground for the motion (1) the voluminous "electronic media seized in the search of the defendant's home", (2) the parties' tentative plans to negotiate a plea agreement upon review of the documents, (3) the possible filing of a superseding indictment, resulting in an amended motion to suppress, (4) available time for timely disposition of the motion even if the hearing is set for August, and (5) the non-availability of a key witness on the current hearing date.

Upon consideration of the motion, and for good cause, it is

ORDERED that the motion is GRANTED in part and DENIED in part. It is further ORDERED as follows:

1. The deadline for the government's response is hereby extended or continued from 7 July 2006 (See Doc. # 24) to 21 July 2006.

2. The parties shall appear for an evidentiary hearing on the motion on 4 August 2006 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States

Courthouse Complex, One Church Street, Montgomery, Alabama.

3. The parties shall notify the court on or before 2 August 2006, by filing a Motion to Withdraw the Motion to Suppress, if the defendant's motion has been rendered moot by any event.

DONE this 6th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE