| COURTROOM DEPUTY'S MINUTES | DATE: 7/17/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:22 - 9:22 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:**    2:05cr301-WHA    **DEFENDANT(S):** Michael David King

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
|  | * |  |
|  | * |  |
| Andrew Schiff | * | Jeff Duffey |
|  | * |  |
|  | * |  |

☐ **DISCOVERY STATUS:**

☐ **PENDING MOTION STATUS:**    None

☐ **PLEA STATUS:**
   Possible Trial

☐ **TRIAL STATUS**    10/24/06 Trial Term

   3 days for trial

☐ **REMARKS:**