IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr301-WHA |
| | ) | |
| MICHAEL DAVID KING | ) | |

### UNOPPOSED MOTION TO CONTINUE SUPPRESSION HEARING

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby files this Motion for Continuance. In support of this motion, the Government offers the following:

1. The wife of the affiant on the search warrant application, Air Force Sgt. Eric O'Brien, is scheduled to give birth by Cesarean Section on Friday, July 21, 2006. Sgt. O'Brien, who is currently based in San Antonio, Texas, is scheduled to be on leave until August 9, 2006 to help take care of his wife, new child, and their older child, and it would be a hardship for him to travel to Montgomery on August 4, 2006. Therefore, the Government would request that the hearing be continued until no earlier than August 11, 2006. (The Government would also request that the hearing not be scheduled for August 18, 2006, as the undersigned AUSA is scheduled to be traveling to New York that day.)

2. In the alternative, if the Court is not inclined to continue the hearing, the Government would request that Sgt. O'Brien be permitted to testify via telephone.

3. I have spoken to Jeffery Duffey, counsel for Mr. King, who advises that he has no objection to either of the Government's proposed alternatives.

Respectfully submitted this the 20th day of July, 2006.

                                                LEURA G. CANARY  
                                              UNITED STATES ATTORNEY

                                              /s/Andrew O. Schiff  
                                              ANDREW O. SCHIFF  
                                              Assistant United States Attorney  
                                              One Court Square, Suite 201  
                                              Montgomery, Alabama 36104  
                                              Phone: (334) 223-7280  
                                              FAX: (334) 223-7135  
                                              E-mail: andrew.schiff@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr301-WHA |
| | ) | |
| MICHAEL DAVID KING | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffery C. Duffey, Esq.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: andrew.schiff@usdoj.gov