IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR301-WHA |
| | ) | [WO] |
| MICHAEL DAVID KING | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the government's Motion for Continuance of the hearing on the motion to suppress, filed on 20 July 2006 (Doc. # 28), is DENIED. This is the government's second motion to continue. The court previously granted a continuance at the government's behest (See Docs. # 25, 26). That continuance created a risk that the timing of the recommendation on the suppression motion would leave insufficient time for the court's final consideration. The continuance now sought would unduly burden the court's processing of this case, and the court finds that burden outweighs the government's burden - especially in view of its evidentiary burden - of producing a significant witness for a hearing set to last no more than one-half day. Accordingly, the government shall produce Sgt. Eric O'Brien for the hearing.

DONE this 20th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE