DEC 19 2000

CCJA

GENERAL ORDER NUMBER 1A (GO-1A) *

TITLE: Prohibited Activities for U.S. Department of Defense Personnel Present Within the United States Central Command (USCENTCOM) AOR.

PURPOSE: To identify conduct that is prejudicial to the maintenance of good order and discipline of all forces in the USCENTCOM AOR.

AUTHORITY: Title 10, United States Code, Section 164(c) and the Uniform Code of Military Justice (UCMJ), Title 10, United States Code, Sections 801-940.

APPLICABILITY: This General Order is applicable to all United States military personnel, and to civilians serving with, employed by, or accompanying the Armed Forces of the United States, while present in the USCENTCOM AOR *except for* personnel assigned to: Defense Attaché Offices; United States Marine Corps Security Detachments; sensitive intelligence and counterintelligence activities that are conducted under the direction and control of the Chief of Mission/Chief of Station; or other United States Government agencies and departments.

1. STATEMENT OF MILITARY PURPOSE AND NECESSITY: Current operations and deployments place United States Armed Forces into USCENTCOM AOR countries where local laws and customs prohibit or restrict certain activities which are generally permissible in western societies. Restrictions upon these activities are essential to preserving U.S. / host nation relations and combined operations of U.S. and friendly forces. In addition, the high operational tempo combined with often-hazardous duty faced by U.S. forces in the region makes it prudent to restrict certain activities in order to maintain good order and discipline and ensure optimum readiness.

2. PROHIBITED ACTIVITIES:

 a. Purchase, possession, use or sale of privately owned firearms, ammunition, explosives, or the introduction of these items into the USCENTCOM AOR.

 b. Entrance into a Mosque or other site of Islamic religious significance by non-Moslems unless directed to do so by military authorities, required by military necessity, or as part of an official tour conducted with the approval of military authorities and the host nation. This provision may be made more restrictive by Commanders when the local security situation warrants.

 c. Introduction, possession, sale, transfer, manufacture or consumption of any alcoholic beverage within the countries of Kuwait and Saudi Arabia. In all other countries of the USCENTCOM AOR, U.S. military and civilian personnel will conform to their respective component restrictions on alcohol, and follow appropriate deportment in respecting host-nation laws and customs. Because of the high operational tempo and the various threats faced by U.S. forces in the region, it is prudent to exercise active control over certain activities in order to maintain good order and discipline and ensure optimum readiness. Accordingly, in all locations where alcohol is not prohibited by this General Order, Commanders and unit chiefs are directed to exercise discretion and good judgment in promulgating and enforcing appropriate guidelines and restrictions, regularly reviewed to ensure they are commensurate with current or foreseen operations and threats.

 d. Introduction, purchase, possession, use, sale, transfer, manufacture, or consumption of any controlled substances, or drug paraphernalia. Prescription drugs must be accompanied by the original prescription label of the prescribing medical facility or authority.

 e. Introduction, possession, transfer, sale, creation or display of any pornographic or sexually explicit photograph, video tapes, movie, drawing, book, magazine, or similar representations. The prohibitions contained in

---

* This General Order supercedes General Order Number 1, dated 7 November 1996.

this subparagraph shall not apply to AFRTS broadcasts and commercial videotapes distributed and/or displayed through AAFES or MWR outlets located within the USCENTCOM AOR.  This prohibition shall also not apply within the areas exclusively under the jurisdiction of the United States, such as aboard United States Government vessels and aircraft.

    f.  Gambling of any kind, including sports pools, lotteries and raffles, unless permitted by host-nation laws and applicable service or component regulations.

    g.  Removing, possessing, selling, defacing or destroying archeological artifacts or national treasures.

    h.  Selling, bartering or exchanging any currency other than at the official host-nation exchange rate.

    i.  Adopting as pets or mascots, caring for, or feeding any type of domestic or wild animal.

    j.  Proselytizing of any religion, faith or practice.

    k.  Taking or retaining individual souvenirs or trophies, except as noted below:

        (1) Private or public property may be seized during exercises or operations only on order of the Commander, when based on military necessity.  Such property will be collected, processed, secured and stored for later return to the lawful owner.  The wrongful taking of private property, even temporarily, is a violation of Article 121, Uniform Code of Military Justice.

        (2) Public property seized by U.S. Armed Forces is the property of the United States.  The wrongful retention of such property is a violation of Article 108, Uniform Code of Military Justice.

        (3) No weapon, munitions, or military article of equipment obtained or acquired by any means other than official issue may be retained for personal use or shipped out of the USCENTCOM AOR for personal retention or control.

        (4) This prohibition does not preclude the lawful acquisition of souvenirs that can be legally imported into the United States.

3.  PUNITIVE ORDER: Paragraph 2 of this General Order is punitive.  Persons subject to the UCMJ may be punished thereunder.  Civilians serving with, employed by, or accompanying the Armed Forces of the United States in the USCENTCOM AOR may face criminal prosecution or adverse administrative action for violation of this General Order.

4.  INDIVIDUAL DUTY: All persons, military and civilian, subject to this General Order are charged with the individual duty to become familiar with and respect the laws, regulations, and customs of their host nation insofar as they do not interfere with the execution of their official duties.  Acts of disrespect or violations of host nation laws, regulations and customs may be punished under applicable criminal statutes and administrative regulations.

5. UNIT COMMANDER RESPONSIBILITY: Commanders, Security Assistance Office Chiefs, and military and civilian supervisors are charged with ensuring that ALL PERSONNEL are briefed on the prohibitions and requirements of this GENERAL ORDER.  Commanders and supervisors are expected to exercise discretion and good judgment in enforcing this General Order.  Component Commanders may further restrict their forces as they deem necessary.

6. CONFISCATION OF OFFENDING ARTICLES: Items determined to violate this General Order may be considered contraband and may be confiscated by command or law enforcement authorities if found in the USCENTCOM AOR.  Before destruction of contraband, Commanders or law enforcement personnel will coordinate with their servicing judge advocate.

7. EFFECTIVE DATE: This General Order is effective immediately.  Individuals or commanders may arrange for safekeeping of personal firearms with their unit's military law enforcement activity.  Military customs and other pre-

clearance officials will enforce this General Order in their inspections of personnel and equipment prior to departure to the AOR and return to CONUS.

8. EXPIRATION: This General Order will expire when rescinded by the Commander in Chief, U.S. Central Command, or higher authority.  Although this General Order is published during peacetime conditions, it will remain in effect in the event of hostilities or armed conflict.  Should such conditions prevail, this General order may be supplemented by additional guidance.

9. WAIVER AUTHORITY: Authority to waive or modify the prohibitions of Paragraph 2 of this General Order is delegated to the Deputy Commander in Chief, USCENTCOM.

//ORIGINAL SIGNED//
TOMMY R. FRANKS
General, U.S. Army
Commander in Chief

NOTE:  The original of this document is maintained at USCENTCOM/CCJA.

DISTRIBUTION:

A