MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 8/4/06            DIGITAL RECORDING: 10:00 - 11:45

DATE COMPLETED: 8/4/06

| USA | * | 2:05cr301-WHA |
| vs | * | |
| MICHAEL DAVID KING | * | |

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Andrew O. Schiff | * | Jeffery C. Duffey |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
**Risa Entrekin, Court Reporter**

PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:    Suppression Hearing


SEE MINUTES ATTACHED

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | 2:05cr301-WHA: USA vs. Michael David King: Evidentiary Hearing on Motion to Suppress | | |
|---|---|---|---|
| Date | 8 / 4 /2006 | Location | Courtroom 5A |

| Time | Speaker | Note |
|---|---|---|
| 10:00:12 AM | Court | Convenes; Witnesses Sworn; Rule Invoked; Defendant's Exhibits 1, 2, and 3 Admitted; Government's Exhibits 1, 2 and 3 Admitted |
| 10:05:24 AM | Government | Addresses Preliminary Issue as to which party begins testimony 1st |
| 10:06:12 AM | Defense | Responds |
| 10:07:15 AM | Court | Questions Defense Counsel |
| 10:08:05 AM | Defense | Responds to Court's questions |
| 10:18:25 AM | Government | Replies to Argument |
| 10:19:50 AM | Defense | Calls witness Michael David King, witness testifies |
| 10:34:51 AM | Government | Cross Examines Witness |
| 10:45:42 AM | Court | Questions Witness |
| 10:47:03 AM | Governmet | Further questions witness |
| 10:47:53 AM | Defense | Re-Directs Witness |
| 10:48:31 AM | Court | Finds Defendant had an Expectation of Privacy |
| 10:48:46 AM | Government | Objects to Finding |
| 10:51:43 AM | Government | Calls Jennifer Beth Simpkins (Lamar), Witness testifies |
| 11:05:03 AM | Court | Questions Witness (Lamar) |
| 11:05:59 AM | Government | Continues to questions witness (Lamar) |
| 11:08:32 AM | Court | Questions Witness (Lamar) |
| 11:11:34 AM | Government | Asks follow up question |
| 11:12:19 AM | Defense | Cross-Examines Witness (Lamar) |
| 11:23:23 AM | Government | Re-Directs Witness (Lamar) |
| 11:24:19 AM | | Witness Excused |
| 11:25:19 AM | Government | Calls Witness, Eric O'Brien, witness testifies |
| 11:29:41 AM | Defense | Cross-Examines Witness SSgt Eric O'Brien |
| 11:35:42 AM | Government | Re-Directs Witness SSgt. Eric O'Brien |
| 11:36:36 AM | Defense | No further questions from this witness |
| 11:37:24 AM | Court | Questions witness |
| 11:40:38 AM | | Witness Excused |
| 11:41:10 AM | Court | Recalls and questions Witness (Lamar) |
| 11:43:21 AM | Government | Questions witness (Lamar) |
| 11:43:55 AM | | Witness Excused |
| 11:44:02 AM | | Government Rests |
| 11:44:12 AM | | Defense Rests |
| 11:44:22 AM | Court | Questions witness Michael David King |
| 11:45:30 AM | | Hearing Adjourned; Court in Recess |