🖉 AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

USA

V.

MICHAEL DAVID KING

**GOVERNMENT'S EXHIBIT LIST**

Case Number:  2:05cr301-WHA

| PRESIDING JUDGE VANZETTA PENN MCPHERSON | GOVERNMENT'S ATTORNEY Andrew Schiff | DEFENDANT'S ATTORNEY Jeffery Duffey |
|---|---|---|
| TRIAL DATE (S) Suppression Hrg 8/4/06 | COURT REPORTER Risa Entrekin | COURTROOM DEPUTY Wanda A. Robinson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 8/4/06 | x | x | Statement of Henry Lopez |
| x | | 8/4/06 | x | x | Department of Defense Warning Statement |
| x | | 8/4/06 | x | x | General Order Number 1A |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.