🖎 AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

USA

V.

MICHAEL DAVID KING

## DEFENDANT'S EXHIBIT LIST

Case Number:   2:05cr301-WHA

| PRESIDING JUDGE<br>VANZETTA PENN MCPHERSON | GOVERNMENT'S ATTORNEY<br>Andrew Schiff | DEFENDANT'S ATTORNEY<br>Jeffery Duffey |
|---|---|---|
| TRIAL DATE (S)<br>Suppression Hrg 8/4/06 | COURT REPORTER<br>Risa Entrekin | COURTROOM DEPUTY<br>Wanda A. Robinson |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | x | 8/4/06 | x | x | Search Warrant/Affidavit Prince Sultan AB KSA 27 Feb 03 |
|  | x | 8/4/06 | x | x | Jennifer Lamar Statement 27 Feb 03 |
|  | x | 8/4/06 | x | x | Michael King Resume |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.