COURTROOM DEPUTY'S MINUTES                    DATE: 8/21/06

MIDDLE DISTRICT OF ALABAMA                    Digital Recording: 9:06 - 9:07

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:**   2:05cr301-WHA          **DEFENDANT(S):** Michael David King

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Andrew Schiff | * | Jeff Duffey- NOT PRESENT |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**         Complete


❏ **PENDING MOTION STATUS:**    #23 Motion to Suppress


❏ **PLEA STATUS:**
                                Possible Trial


❏ **TRIAL STATUS**              10/24/06 Trial Term

                                3 days for trial


❏ **REMARKS:**   Counsel awaits recommendation on Motion to Suppress