FILED
SEP - 7 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO.  2:05cr301-WHA |
| v.                        ) | [18 USC 2252A(a)(1) |
| ) | 18 USC 2252A(a)(5)(A) |
| ) | 18 USC 3261(a)(1)] |
| MICHAEL DAVID KING        ) | |
| ) | **SUPERSEDING INDICTMENT** |

The Grand Jury charges:

## COUNT 1

In or about February 2003, in the Middle District of Alabama, and elsewhere, the defendant

MICHAEL DAVID KING

did knowingly transport and ship child pornography in interstate and foreign commerce from Montgomery, Alabama to Saudi Arabia, in violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT 2

1.  At all relevant times, Northrup Grumman Corporation ("Northrup") (including its subsidiaries and affiliates) was in the business, among others, of providing goods and services to the Department of Defense.

2.  The defendant MICHAEL DAVID KING is currently a resident of Montgomery County, Alabama.

3.  In or about February 2003, the Friendly Forces Housing Complex (the "Complex") was a building located at Prince Sultan Air Base ("PSAB") in Saudi Arabia. At the time, the Complex was used by and under the control of the United States Government.

4.  In or about February 2003, KING was employed by Northrup and was working at PSAB in connection with (a) Northrup's contract with a component of the Department of Defense, and (b) Northrup's subcontract with a party who had a contract with a component of the Department of Defense. King resided at the Complex at the time he was working at PSAB.

5.  On or about February 27, 2003, at Prince Sultan Air Base, Saudi Arabia, the defendant

MICHAEL DAVID KING

in a building used by and under the control of the United States Government, did knowingly possess books, magazines, periodicals, film, videotapes, computer disks, and other material containing images of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(5)(A) and 3261(a)(1).

COUNT 3

On or about April 19, 2006, in Montgomery, Alabama, in the Middle District of Alabama, and elsewhere, the defendant

MICHAEL DAVID KING

did knowingly possess books, magazines, periodicals, film, videotapes, computer disks, and other material containing images of child pornography that was produced using materials that have been mailed and shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

FORFEITURE ALLEGATION

A.  Counts 1 through 3 of this indictment are hereby repeated and incorporated herein by reference.

-2-

B.      Upon conviction for the violation as alleged in Count 3 of this indictment, the defendant,

MICHAEL DAVID KING,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253:

(1)     any visual depiction described in Title 18, United States Code, Section 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such offense;

(2)     any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and,

(3)     any property, real or personal, used and intended to be used to commit and to promote the commission of such offense.

C.      If any of the property described in this forfeiture allegation, as a result of any act and omission of the defendant

(1)     cannot be located upon the exercise of due diligence;

(2)     has been transferred and sold to, and deposited with a third person;

(3)     has been placed beyond the jurisdiction of the court;

(4)     has been substantially diminished in value; or,

(5)     has been commingled with other property which cannot be divided without difficulty; the United States intends to seek an order of this Court forfeiting any other property of said defendant up to the value of any property described in paragraph B above.

All in violation of Title 18, United States Code, Section 2252.

A TRUE BILL:

*/s/ Janice Davis Williams*
Foreperson

*/s/ Leura G. Canary*
LEURA G. CANARY
United States Attorney

*/s/ John T. Harmon*
John T. Harmon
Assistant United States Attorney

*/s/ Andrew O. Schiff*
Andrew O. Schiff
Assistant United States Attorney