IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA  )
  )
  v.     )  CR NO. <u>2:05cr301-WHA</u>
  )
MICHAEL DAVID KING   )

<u>MOTION TO DISMISS INDICTMENT</u>

   Comes now the United States of America, by and through Leura G. Canary,

United States Attorney for the Middle District of Alabama, and moves the Court to Dismiss the

Indictment, heretofore filed,  in the above-styled cause to Michael David King, on the following

grounds, to wit: A Superseding Indictment was filed September 7, 2006, on King.

   Respectfully submitted this the 12th day of September, 2006.

       LEURA G. CANARY
       UNITED STATES ATTORNEY


       /s/Andrew O. Schiff
       ANDREW O. SCHIFF
       Assistant United States Attorney
       One Court Square, Suite 201
       Montgomery, AL 36104
       Phone: (334) 223-7280
       FAX: (334) 223-7135
       E-mail: andrew.schiff@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
                    v.              )        CR NO. 2:05cr301-WHA
                                    )
MICHAEL DAVID KING                  )

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following: Jeffery Duffey, Esq.

Respectfully submitted,

/s/Andrew O. Schiff
ANDREW O. SCHIFF
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: andrew.schiff@usdoj.gov