IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
|     Plaintiff, | * |
| | * |
| V. | *   CASE NO.2:05cr301-WHA |
| | * |
| MICHAEL DAVID KING, | * |
| | **\*** |
|     Defendant. | * |

## MOTION TO CONTINUE OR RESET ARRAIGNMENT

Comes now the defendant, by and through undersigned counsel, and submits the following:

1. The arraignment on the superceding indictment is set for Wednesday, September 27, 2006 at 10:00 a.m.

2. Counsel for defendant is previously scheduled for a plea hearing on Wednesday, September 27, 2006 at 10:00 a.m. in the case of USA v. Donaldson, Case No. 2:06cr181-SRW.

3. Pretrial hearing in the defendant King case is set for Monday, September 25, 2006 at at 9:00 a.m. It is requested that the arraignment be held at this date and time or at a date and time not to conflict with the Donaldson case.

4. Undersigned counsel has previously conferred with AUSA Andrew Schiff and he does not oppose this motion.

Wherefore, based upon the above defendant requests that the arraignment on the superceding indictment either be reset for Monday, September 25, 2006 at 9:00 a.m., or on a time not to conflict with the Donaldson case.

Respectfully submitted this 19th day of September, 2006.

        s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Michael David King
600 South McDonough Street
Montgomery, AL 36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No. ASB7699F67J

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Andrew O. Schiff, AUSA, P.O. Box 197, Montgomery, AL 36101.

        s /Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Michael David King