IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr301-WHA |
| | ) | |
| MICHAEL DAVID KING | ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the Defendant's Motion to Continue Arraignment, filed on 19 September 2006 (Doc #41), is GRANTED. The Arraignment currently set for 27 September 2006 in this case is hereby reset to 25 September 2006 at 10:00 a.m.

DONE this 20th day of September 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE