IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr301-WHA |
| | ) | |
| MICHAEL DAVID KING | ) | |

## **ORDER**

For good cause, it is

ORDERED that the defendant, MICHAEL DAVID KING, shall appear for arraignment on 25 September 2006 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama before Magistrate Judge Vanzetta Penn McPherson.

DONE, this 22nd day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE