```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
UNITED STATES OF AMERICA,     *
                              *
     Plaintiff,               *
                              *
V.                            *    CASE NO.2:05CR301-WHA
                              *
MICHAEL DAVID KING,           *
                              *
     Defendant.               *
```

## **UNOPPOSED MOTION TO CONTINUE TRIAL**

Comes now the defendant, by and through undersigned counsel, and submits the following:

1.  The trial of this case is set for the term beginning October 24, 2006.  The pretrial hearing is set for September 25, 2006.

2.  The defendant was originally charged with possession of images of child pornography in violation of Title 18 U.S.C. 2252A(a)(5)(A) and 3261(a)(1).  The offense is alleged to have occurred in about February of 2003 in Saudi Araia.  The Government has recently obtained from the Grand Jury a superceding indictment.  The new indictment adds new charges.

3.  Defendant will be arraigned on the superceding indictment on September 25, 2006.

4.  Defendant's counsel is in need of additional time to prepare for the trial of the case, and for negotiation.

5.  Undersigned counsel has conferred with Assistant United States Attorney Andrew Schiff and the government does

not oppose this motion for a continuance.

6. A waiver of speedy trial will be executed by defendant at the arraignment.

Wherefore, because of the above reasons undersigned counsel requests that the trial in the above styled case be set to a later trial term.

Respectfully submitted this 22nd day of September, 2006.

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Michael David King
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No.  ASB7699F67J

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Andrew Schiff, AUSA, P.O. Box 197, Montgomery, AL 36101.

s /Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Michael David King