IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | *   CR.NO. 1:05CR301-WHA |
| MICHAEL DAVID KING., | * |
| Defendant. | * |

## WAIVER OF SPEEDY TRIAL RIGHTS

I, Michael David King, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

25 SEP 06
Date

Michael David King
Defendant

Jeffery C. Duffey
Attorney for Defendant
600 South McDonough Street
Montgomery, AL 36104
Phone: (334)834-4100
Fax: (334)834-4101
email: jcduffey@aol.com