COURTROOM DEPUTY'S MINUTES          DATE: 9/25/06

MIDDLE DISTRICT OF ALABAMA          Digital Recording: 9:27 - 9:37

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr301-WHA          **DEFENDANT(S):** Michael David King

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Andrew Schiff | * * * * * | Jeff Duffey |

☐ **DISCOVERY STATUS:**          Complete

☐ **PENDING MOTION STATUS:**   #23 Motion to Suppress
                                                        #45 Motion to Continue Trial

☐ **PLEA STATUS:**

☐ **TRIAL STATUS**

☐ **REMARKS:**          Case to be placed on the 1/08/07 Trial Term *

*Motion to Continue pending