**COURTROOM DEPUTY MINUTES**                    **DATE:** 9/25/06
**MIDDLE DISTRICT OF ALABAMA**
                                                **DIGITAL RECORDING:** 9:27 - 9:37

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- √ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

**PRESIDING MAG. JUDGE** VANZETTA PENN MCPHERSON   **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2:05cr301-WHA                       **DEFT. NAME:** Michael David King

**USA:** Andrew Schiff                           **ATTY:** Jeffery C. Duffey

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

**USPTSO/USPO:**

**Defendant** _____ does  √ does NOT need an interpreter; NAME _____

- ☐ Kars.      Date of Arrest _____  or  ☐ karsr40
- ☐ kia.       Deft. First Appearance. Advised of rights/charges.  ☐Pro/Sup Rel Violator
- ☐ Finaff.    Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted   **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐20appt.     Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐            Deft. Advises he will retain counsel. Has retained _____
- ☐            Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐            Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐            **DETENTION HRG** ☐ held; ☐ set for _____ ; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐kodtn.      **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls. Release order entered. ☐ Deft. advised of conditions of release.
- ☐kbnd.       ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
               ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.        Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.    Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐            Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ Karr.      **ARRAIGNMENT** SET FOR: _____  √ **HELD**. Plea of **NOT GUILTY** entered.
               √ **Trial Term** 1/8/07* ;  √ **PRETRIAL CONFERENCE DATE:** 10/16/06
               √ **DISCOVERY DISCLOSURES DATE:** 9/25/06
- ☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- ☐ Kwvspt     **Waiver of Speedy Trial Act Rights Executed**.

*Motion to Continue pending