| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 10/16/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:29 - 9:32 |

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:**   2:05cr301-WHA             **DEFENDANT(S):** Michael David King

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Andrew Schiff | * | Jeff Duffey |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**            Complete


☐ **PENDING MOTION STATUS:**       #23 Motion to Suppress

                                   #52 2nd Motion to Suppress


☐ **PLEA STATUS:**                 Possible Plea


☐ **TRIAL STATUS**                 1/8/07 Trial Term


☐ **REMARKS:**   Defendant's Objections will by filed on 10/19/06 on the 1st Motion to Suppress

   Government request to refrain from briefing 2nd motion to suppress until Court's ruling on 1st motion to suppress -COURT DIRECTED Government refrain from briefing 2nd motion until ruling on 1st Motion to Suppress