UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO. 2:05-CR-301-WHA |
| | ) | [WO] |
| MICHAEL DAVID KING | ) | |

**ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**

Upon consideration of (1) the probation officer's motion to modify conditions of release, and (2) the amendments to 18 U.S.C. § 3142; it is

ORDERED that the motion is GRANTED. It is further

ORDERED that the defendant's conditions of pretrial release are modified as follows:

1. The defendant shall participate in the home confinement program as follows: You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances as pre-approved by the probation officer. You shall pay the cost of electronic monitoring as directed by the probation office.

2. The defendant shall avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution of the instant offense.

3. The defendant shall have a nightly curfew from 11 p.m. until 7 a.m. unless excused in advance by his probation officer for work related activities.

**DONE** this 27th day of October, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE