```
         IN THE DISTRICT COURT OF THE UNITED STATES
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

UNITED STATES OF AMERICA )
)
    v. ) CR. NO. 2:05cr301-A
)
MICHAEL DAVID KING )

<u>NOTICE OF BILL OF PARTICULARS</u>
<u>FOR FORFEITURE OF PROPERTY</u>

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney and hereby files the following Bill of Particulars:

Through the violation of Title 18, United States Code, Section 2252, as alleged in Count 3 of the superseding indictment, which is punishable by imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to Title 18, United States Code, Section 2253:

1. Zeos laptop computer, model 005-0060-00, bearing serial number 247113;

2. Xbox, bearing serial number 405718321802;

3. External 2-hard drive bay with one hard drive;

4. Dell Dimension 2400, bearing serial number 5TM6Z71;

5. Generic mid tower CPU, black;

6. Dell Dimension 2400, bearing serial number GSH5C71;

7. Generic full tower CPU, black;

8. Generic mid tower CPU, beige;

9. NEC laptop Model Ready220T, bearing serial number H382N00529;

10. Packard Bell 8124, bearing serial number P481000759;

11. Linksys 2port KVM switch, bearing serial number EZXS55W;

12. Linksys Wireless Access Point Router, bearing serial number BEFW11S4;

13. Linksys Wireless Signal Booster, bearing serial number WSB24;

14. Linksys Cabel modem, bearing serial number BEFCMU10;

15. Dell E153FPB monitor, bearing serial number CN0D54214663356N619T;

16. Generic 17" flat screen monitor, bearing serial number 7AC120842A20734;

17. CTX 17" monitor, bearing serial number AHO52800500;

18. Lexmark E210 printer, bearing serial number 10B9040;

19. Three UPS units;

20. Three keyboard;

21. Assorted cables and power cords;

22. Sharp VCR, bearing serial number 470237;

23. Sony video recorder, bearing serial number 19523, with bag, flash lamp adapter, two batteries and one Sony battery;

24. Kingston Data traveler 1g thumb drive and Simpletech thumb drive, bearing serial number CN 021706-5X-05362-004;

25. One Polaroid PDC-700 digital camera, bearing serial number G00169A;

26. Kodak Easy Share CX7300 camera with memory card, bearing serial number KCDX42300196;

27. Lexmark PC card adapter;

28. Segate hard drive, bearing serial number 920043-004;

29. Segate Barracuda hard drive, bearing serial number JDD15244;

30. Reader, bearing serial number 402011600042285;

31. Digital media peripheral, bearing serial number 6-52944-18414-8;

32. Pocket pc and two thumb drives.

Respectfully submitted this 21st day of November, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY


 /s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 21, 2006, I electronically filed the foregoing Bill of Particulars with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Andrew O. Schiff** and **Jeffery C. Duffey**.

```
 /s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
```