IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cr301-WHA |
| | ) | |
| MICHAEL DAVID KING, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This cause is before the court on the Defendant's Second Motion to Suppress (Doc.#52). The court previously considered and denied Defendant's First Motion to Suppress (Doc.#23), the success of which is a prerequisite of the Second Motion. Therefore, it is hereby ORDERED that

1. The Defendant's Second Motion to Suppress (Doc.#52) is DENIED as moot.

Done this 28th day of November, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE