IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:05cr301-WHA |
| | ) | |
| MICHAEL DAVID KING | ) | |

## ORDER

Based upon this court's order setting the trial in the above-styled case for 8 January 2007, and for good cause, it is

ORDERED that the parties shall appear for a final pretrial conference on 18 December 2006 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 5th day of December, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE