```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
UNITED STATES OF AMERICA,    *
                             *
     Plaintiff,              *
                             *
V.                           *   CASE NO.2:05CR301-WHA
                             *
MICHAEL DAVID KING,          *
                             *
     Defendant.              *
```

**NOTICE OF INTENT TO CHANGE PLEA**

Comes now defendant, by counsel, and hereby gives notice to the court of intent to change his plea from not guilty to guilty pursuant to a plea agreement.

Respectfully submitted this 12th day of December, 2006.

>
> s/Jeffery C. Duffey
> JEFFERY C. DUFFEY
> Attorney for
> Michael King
> 600 South McDonough Street
> Montgomery, AL  36104
> Phone: 334-834-4100
> Fax: 334-834-4101
> email: jcduffey@aol.com
> Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12 , 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Andrew Schiff AUSA, P.O. Box 197, Montgomery, AL 36101.

<u>s /Jeffery C. Duffey</u>
JEFFERY C.  DUFFEY
Attorney for
Michael King