IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:05cr301-WHA |
| | ) | |
| MICHAEL DAVID KING | ) | |

### **ORDER**

The defendant, MICHAEL DAVID KING, has indicated to the court that he wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, MICHAEL DAVID KING, appear with counsel before the undersigned Magistrate Judge December 18, 2006 at 1:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

It is further ordered, due to the scheduled change of plea, that the pretrial conference currently scheduled for December 18, 2006 at 9:00 a.m. is hereby cancelled.

DONE this 13th day of December, 2006.

/s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE