IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr301-WHA |
| | ) | |
| MICHAEL DAVID KING | | |

**<u>CONSENT</u>**

I hereby declare my intention to enter a plea of guilty in the above case, and I consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea. I understand that if my plea of guilty is then accepted by the District Judge, the District Judge will decide whether to accept or reject any plea agreement I may have with the United States, and will adjudicate guilt and impose sentence.

DATED this 18 day of December 2006

_____
DEFENDANT

_____
COUNSEL