COURTROOM DEPUTY MINUTES   DATE: 12/18/06   DIGITAL RECORDING: 1:55 - 2:38

MIDDLE DISTRICT OF ALABAMA                 COURT REPORTER:   Risa Entrekin

❑ARRAIGNMENT          x CHANGE OF PLEA          ❑CONSENT PLEA

❑RULE 44(c) HEARING          ❑SENTENCING

| | |
|---|---|
| **PRESIDING MAG. JUDGE:** _WALLACE CAPEL, JR._ | **DEPUTY CLERK:** _WANDA ROBINSON_ |
| **CASE NUMBER:** _2:05cr301-WHA_ | **DEFENDANT NAME:** _Michael David King_ |
| **AUSA:** Susan Redmond | **DEFENDANT ATTY:** _Jeffery C. Duffey_ |

Type Counsel:     ( ) Waived;  ( ) Retained;  ( X ) Panel CJA;  ( ) CDO

**USPO:**   David Conoly

**De fendant** _____ **does** ____x____ **does NOT need and interpreter.**

**Interpreter present?** __x__ **NO** _____ **YES** **Name:** _____

—  This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

—  WAIVER OF INDICTMENT executed and filed.

—  MISDEMEANOR INFORMATION filed.

—  Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**      ❑ Not Guilty                               ❑Nol Contendere

❑Not Guilty by reason of insanity

x❑Guilty as to:

X❑Count(s) _1 , 3_      of the Felony Superseding Indictment.

X❑Count(s) _2_           ❑ dismissed on oral motion of USA;

x- to be dismissed at sentencing

—   **ORAL ORDER ADJUDICATING GUILT as to COUNT**

x—  Written plea agreement filed. ❑ **OPEN/ORAL** Plea Agreement. ❑ **ORDERED SEALED.** ❑ No Plea
Agreement entered

—  _____ Days to file pretrial motions.  ❑ _____ Trial date or term.

—  **ORDER:** Defendant Continued under  same bond ; ❑ Released on Bond & Conditions of Release

❑ summons; for:

❑ Trial on _____;  ❑ Sentencing    ❑ to be set by Separate Order

x—   **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❑ Posting a $_____ Bond;

❑ Trial on _____; or  x- Sentencing x- set by separate Order.

Rule 44 Hearing:  ❑ Waiver of Conflict of Interest Form executed.  ❑ Detention requests time to secure new counsel.