IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:05cr301-WHA |
| MICHAEL DAVID KING ) | |

### **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #69), entered on December 21, 2006, the Recommendation is adopted, and it is hereby ORDERED as follows:

1. Defendant's plea of guilty to Counts 1 and 3 of the Superseding Indictment is accepted, and the Defendant is ADJUDGED guilty of the charges contained therein.

2. All pending deadlines are terminated, and any pending motions are DENIED as moot.

DONE this 4th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE