IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   CR. NO. 2:05cr301-WHA |
| | § |
| MICHAEL DAVID KING | § |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby files this Motion to Continue Sentencing of Michael David King, and as grounds states the following:

1. Defendant is currently scheduled to be sentenced on March 21, 2007.

2. That date falls during "spring break," and the undersigned AUSA is scheduled to be out-of-town on vacation that day.

3. The undersigned AUSA would like to handle the sentencing personally, since the case presents an issue of first impression, namely, whether Mr. King's conviction on Count 1 of the Indictment constitutes a "prior conviction" for purposes of enhancing his sentence with respect to Count 3.

4. The Government has spoken with Jeffery Duffey, counsel for Mr. King, who advises that he does not object to a continuance to the next available sentencing date.

Respectfully submitted this the 24th day of January, 2007

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/Andrew O. Schiff
        ANDREW O. SCHIFF
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, Alabama 36104
        Phone: (334) 223-7280
        FAX: (334) 223-7135
        E-mail: andrew.schiff@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CR. NO. 2:05cr301-WHA |
| | § | |
| MICHAEL DAVID KING | § | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jeffery C. Duffey, Esq.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/Andrew O. Schiff
        ANDREW O. SCHIFF
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, Alabama 36104
        Phone: (334) 223-7280
        FAX: (334) 223-7135
        E-mail: andrew.schiff@usdoj.gov