IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:05cr301-WHA |
| MICHAEL DAVID KING ) | |

## ORDER

Upon consideration of the Unopposed Motion to Continue Sentencing (Doc. #71), filed by the United States on January 24, 2007, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED. The sentencing of this Defendant, previously scheduled for March 21, 2007, is RESET for Tuesday, April 10, 2007, at 2:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 25th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE