```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr301-WHA |
| | ) | |
| MICHAEL DAVID KING | ) | |

### UNITED STATES OF AMERICA'S MOTION FOR A PRELIMINARY ORDER OF FORFEITURE

The United States of America (United States), by its undersigned counsel, requests this Honorable Court to enter the attached Preliminary Order of Forfeiture and make entry of said Order part of its oral pronouncement of sentence. The United States further requests that entry of this Order be noted on the written Judgment in a Criminal Case.

Defense counsel does not oppose entry of a Preliminary Order of Forfeiture.

Respectfully submitted this 5th day of April, 2007.

                       FOR THE UNITED STATES ATTORNEY
                             LEURA G. CANARY

                       /s/John T. Harmon
                       John T. Harmon
                       Assistant United States Attorney
                       Bar Number: 7068-II58J
                       Office of the United States Attorney
                       Middle District of Alabama
                       One Court Square, Suite 201 (36104)
                       Post Office Box 197
                       Montgomery, Alabama 36101-0197
                       Telephone:(334) 223-7280
                       Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Andrew O. Schiff and Jeffery C. Duffey**.

    /s/John T. Harmon
John T. Harmon
Assistant United States Attorney