IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| Plaintiff, | * |
| | * |
| V. | * CR. NO. |
| **MICHAEL DAVID KING,** | * 2:05CR301-WHA |
| | * |
| Defendant. | * |

**NOTICE OF APPEAL**

Notice is hereby given that Michael David King, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit his conviction.  Defendant entered a conditional guilty plea on December 18, 2006 [Doc. 66]. Defendant by plea agreement and Rule 11(a)(2), F.R.Crim.P., reserved the right to appeal the denial of his motions to suppress [Doc. 65, pp. 2, 5-6]. The motions to suppress [Doc. 23 & 52] were denied on November 28, 2006 [Doc. 59 & 60].  The plea agreement was accepted by this Court at sentencing on April 10, 2007. Final judgment was entered on April 11, 2007 [Doc. 80].

     Respectfully submitted this 18th day of April, 2007.

                                      s/Jeffery C. Duffey
                                      JEFFERY C.  DUFFEY
                                      Attorney for
                                      Michael King

```
                                600 South McDonough Street
                                Montgomery, AL  36104
                                Phone: 334-834-4100
                                Fax: 334-834-4101
                                email: jcduffey@aol.com
                                Bar No.  ASB7699F67J
```

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Andrew Schiff, AUSA, P.O. Box 197, Montgomery, AL 36101.

```
                                s /Jeffery C. Duffey
                                JEFFERY C.  DUFFEY
                                Attorney for
                                Michael King
```