UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT

CLERK

TELEPHONE
(334) 954-3610

August 16, 2007

Mr. THOMAS K. KAHN, CLERK
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW
ATLANTA, GA 30303

USDCA NO CR-05-A-301-N

USCA NO 07-11808-JJ

USA VS. MICHAEL DAVID KING

_____

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

___Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]

_First Notice of Appeal:_Yes,___ No   Date(s) of Other Notice_____

Was there a hearing from which a transcript could be made:

_Yes, The Court Reporter(s) is/are

__No                Date of Hearing(s):_____

THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____

___IFP_; and/or APPEALABILITY/CPC is pending in this Court.

Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:

__The Appellate docket fee has been paid;__Yes,__No:___Date, Receipt#_____

___Appellant has been ___GRANTED;____

__DENIED IFP, Copy of Order enclosed.

___Appellant has been __GRANTED;__DENIED CPC/APPEALABILITY, Copy of Order enclosed.

___Appeal Bond, ____ Supersedeas Bond

X_The District Judge or Magistrate Judge appealed from is Hon: W. HAROLD ALBRITTON

___This is an appeal from a bankruptcy order; Bankruptcy Judge: _____

__This is a DEATH PENALTY a_____

___ Certified record on appeal consisting of:

  1_Volume(s) of Pleadings,  2  Volume(s) of Transcripts,

  X_ SEALED ITEMS, ie. 1_ PSI(s)____; OTHER____; TAPE(s)____

  ___ Exhibits:

  __Volume (s) of Original Papers

_____

cc:                        Sincerely,

                           DEBRA P. HACKETT, CLERK

                           By: Yolande Williams
                           Deputy Clerk