```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

**UNITED STATES OF AMERICA** )
                             )
    **v.**                     )   CASE NO. 2:05cr301-WHA
                             )
**MICHAEL DAVID KING**       )

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Tommie Brown Hardwick, as counsel for the United States of America in this matter in place of former Assistant United States Attorney John T. Harmon.

Respectfully submitted this 6th day of March, 2008.

                                   LEURA G. CANARY
                                   UNITED STATES ATTORNEY


                                   **/s/Tommie Brown Hardwick**
                                   TOMMIE BROWN HARDWICK
                                   Assistant United States Attorney
                                   Bar Number: ASB4152 W86T
                                   131 Clayton Street
                                   Montgomery, Alabama 36104
                                   Phone: (334) 223-7280
                                   Fax: (334) 223-7135
                                   E-mail: tommie.hardwick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,


**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney