Attachment 1

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
## COURT CASE NUMBER: 2:05CR301-WHA; NOTICE OF FORFEITURE

Notice is hereby given that on April 10, 2007, in the case of U.S. v. Michael David King, Court Case Number: 2:05CR301-WHA, the United States District Court for the Middle District of Alabama entered a Preliminary Order of Forfeiture condemning and forfeiting the following property to the United States of America:

Miscellaneous electronic equipment (see list) Ser No: 7AC120842A20734 (06-FBI-004843)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days from the first day of publication (January 28, 2008) of this Notice on this official government internet web site, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The petition must be filed with the Clerk of the Court, One Church Street, Montgomery, AL 36104, and a copy served upon Assistant United States Attorney John T. Harmon, 131 Clayton Street, Post Office Box 197 (36101), Montgomery, AL 36104. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between January 28, 2008 and February 26, 2008. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Michael David King
**Court Case No:** 2:05CR301-WHA
**For Asset ID(s):** 06-FBI-004843 Miscellaneous electronic equipment (see list)

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 01/28/2008 | 23.6 | Verified |
| 2 | 01/29/2008 | 23.5 | Verified |
| 3 | 01/30/2008 | 23.5 | Verified |
| 4 | 01/31/2008 | 23.6 | Verified |
| 5 | 02/01/2008 | 23.5 | Verified |
| 6 | 02/02/2008 | 23.7 | Verified |
| 7 | 02/03/2008 | 23.3 | Verified |
| 8 | 02/04/2008 | 23.6 | Verified |
| 9 | 02/05/2008 | 23.4 | Verified |
| 10 | 02/06/2008 | 23.6 | Verified |
| 11 | 02/07/2008 | 23.6 | Verified |
| 12 | 02/08/2008 | 23.6 | Verified |
| 13 | 02/09/2008 | 23.2 | Verified |
| 14 | 02/10/2008 | 23.4 | Verified |
| 15 | 02/11/2008 | 23.6 | Verified |
| 16 | 02/12/2008 | 23.5 | Verified |
| 17 | 02/13/2008 | 23.3 | Verified |
| 18 | 02/14/2008 | 23.3 | Verified |
| 19 | 02/15/2008 | 23.7 | Verified |
| 20 | 02/16/2008 | 23.6 | Verified |
| 21 | 02/17/2008 | 23.6 | Verified |
| 22 | 02/18/2008 | 23.6 | Verified |
| 23 | 02/19/2008 | 23.5 | Verified |
| 24 | 02/20/2008 | 23.4 | Verified |
| 25 | 02/21/2008 | 23.4 | Verified |
| 26 | 02/22/2008 | 23.6 | Verified |
| 27 | 02/23/2008 | 22.5 | Verified |
| 28 | 02/24/2008 | 23.6 | Verified |
| 29 | 02/25/2008 | 23.6 | Verified |
| 30 | 02/26/2008 | 23.3 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed. For more information, please contact Tommie Brown Hardwick in the Middle District of Alabama at (334) 223-7280.