**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:05cr301-WHA |
| DEFENDANT<br>MICHAEL DAVID KING | TYPE OF PROCESS<br>NOTICE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MONTGOMERY ADVERTISER

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
POST OFFICE BOX - POST OFFICE BOX 1000 - MONTGOMERY, ALABAMA 36101-1000

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Number of process to be served with this Form - 285: 1

Number of parties to be served in this case:

John T. Harmon
United States Attorney's Office

Stamp: RECEIVED 2007 APR 13 P 5:37

TELEPHONE NUMBER: (334) 223-7280
DATE: 4/12/07

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Montgomery Advertiser
P.O. Box 1000
Montgomery, AL 36101-1000
Attn: Legal Ads

7001 1140 0001 8579 7223

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X Gary Edwards ☐ Agent ☐ Addressee
B. Received by (Printed Name): Gary Edwards
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

Stamp: JAN 29 2008

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

King
Johnson   KC

---

Signed USMS Deputy or Clerk: Chavers   Date: 4/13/07

Name and title of individual served (If not shown above):

Address (complete only if different than shown above): MAR 25 2008 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF AL

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 3/25/08   Time: 10:00 pm

Signature of U.S. Marshal or Deputy: K Chavers

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | | |

REMARKS: 1/28/08 c.m. # 7001 1140 0001 8579 7223
1/31/08 Received green card signed "Gary Edwards"
Published 1/31, 2/7, 2/14/08  Rcvd ad 3/24/08
3/25/08 Paid invoice

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

## Newspaper Notice (left column clipping)

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION
UNITED STATES OF AMERICA
v. CR. NO: 2:05cr301-WHA
MICHAEL DAVID KING
NOTICE OF FORFEITURE

Notice is hereby given that on April 18, 2007, in the case of United States v. Michael David King, Cr. No. 2:05cr301-WHA, the United States District Court for the Middle District of Alabama entered a Preliminary Order of Forfeiture, condemning and forfeiting the following listed property:

1. Zeos laptop computer, model 005-0020-00, bearing serial number 247113;
2. External 2-hard drive bay with one hard drive;
3. Generic mid tower CPU, black;
4. Generic full tower CPU, black;
5. Generic mid tower CPU, beige;
6. NEC laptop Model Ready220T, bearing serial number H382N00629;
7. Packard Bell 812A, bearing serial number P461G00759;
8. Linksys 2port KVM switch, bearing serial number EDX355W;
9. Linksys Wireless Access Point Router, bearing serial number BEFW11S4;
10. Linksys Wireless Signal Booster, bearing serial number WSB24;
11. Linksys Cable modem, bearing serial number BEFCMU10;
12. Generic 17" flat screen monitor, bearing serial number 7AC120842A20734;
13. Lexmark PC card adapter;
14. Seagate hard drive, bearing serial number 920043-004;
15. Seagate Barracuda hard drive, bearing serial number JDD15244;
16. Reader, bearing serial number 0201T600042285;
17. Digital media peripheral, bearing serial number 6-52944-18414-8.

...having been entered, the United States hereby gives notice of its intention to dispose of the above listed property in such manner as the Attorney General of the United States may direct. Any persons, other than the defendants named above, having or claiming a legal right, title or interest in any of the aforementioned properties, must, within thirty (30) days of the final publication of this notice or actual receipt thereof, whichever is earlier, petition the United States District Court for the Middle District of Alabama for a hearing to adjudicate the validity of his/her alleged interest in the property pursuant to Title 21, United States Code, Section 853(n). If a hearing is requested, it shall be held before the Court alone, without a jury. Claimants will bear the burden of proving, in such cases. Petitions that fail to allege an interest sufficient to maintain a claim under Section 853(n) shall be subject to dismissal without a hearing.

This petition shall be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title or interest, the nature and extent of the such right, title or interest in each property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in each property, and any additional facts and documents supporting the petitioner's claim and the relief sought. See Title 21, United States Code, Section 853(n)(3). Any petition will accept service by counsel if represented by counsel.

JESSE SEROYER, JR.
UNITED STATES MARSHAL
MIDDLE DISTRICT OF ALABAMA
Mont. Adv. 1/31, 2/7, 2/14/08
773960/773961

...the filing of the petition, the Court may consolidate the hearing on the petition with a hearing on any other petition filed by a person other than any of the defendants named above. The petitioner may testify and present evidence and witnesses on the petitioner's behalf and cross-examine witnesses who appear at the hearing. Your petition must be filed with the Office of the Clerk, United States District Court for the Middle District of Alabama, One Church Street, Montgomery, Alabama, 36104, with a copy thereof sent to:

John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280.

Please check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE ABOVE-DESCRIBED PROPERTY WITHIN THIRTY (30) DAYS OF THIS NOTICE, OR WITHIN THIRTY (30) DAYS OF THE LAST PUBLICATION OF THIS NOTICE, WHICHEVER IS EARLIER, YOUR RIGHT, TITLE AND INTEREST IN THIS PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

## Order Form

| | |
|---|---|
| ORDER NUMBER | 06-FBI-004843 |
| DATE | 01/28/2008 |

...closed ...cess of

It is to be set solid, without paragraphing, and without and display in the heading unless otherwise expressly authorized in the specifications.

EDITION OF PAPER ADVERTISEMENT APPEARED

DATE(s) ADVERTISEMENT APPEARED: January 31, February 7, February 14, 2008

*Betty Dennis*
MY COMMISSION EXPIRES 11/06/2010

INSTRUMENT OF ASSIGNMENT
NUMBER
DATE
TITLE: U.S. Marshal

NUM ___
DATE 01/28/08
SIGNATURE OF AUTHORIZING OFFICIAL [signature]

## INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher.

The following is a sample of solid line advertisement; set up in accordance with the usual Government requirements.

> DEPARTMENT OF HIGHWAYS & TRAFFIC, D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C. Invitation No. C-5576-H, consisting of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 8:00 p.m. November 15, 1965.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher.

Submit the voucher and a copy of the printed advertisement to:

> U. S. Marshals Service
> One Church Street, Suite A-100
> Montgomery, AL 36104

**IMPORTANT**
Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.