```
        IN THE DISTRICT COURT OF THE UNITED STATES
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

**UNITED STATES OF AMERICA** )
)
   v. )    CASE NO. 2:05cr301-WHA
)
**MICHAEL DAVID KING** )

### MOTION FOR A FINAL ORDER OF FORFEITURE

The United States of America (United States), by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

1. On April 10, 2007, this Court entered a Preliminary Order of Forfeiture (Doc. # 79) ordering defendant Michael David King to forfeit the following property to the United States:

> Zeos laptop computer, model 005-0060-00, bearing serial number 247113;
>
> External 2-hard drive bay with one hard drive;
>
> Generic mid tower CPU, black;
>
> Generic full tower CPU, black;
>
> Generic mid tower CPU, beige;
>
> NEC laptop Model Ready220T, bearing serial number H382N00529;
>
> Packard Bell 8124, bearing serial number P481000759;
>
> Linksys 2port KVM switch, bearing serial number EZXS55W;
>
> Linksys Wireless Access Point Router, bearing serial number BEFW11S4;
>
> Linksys Wireless Signal Booster, bearing serial number WSB24;

        Linksys Cable modem, bearing serial number BEFCMU10;

        Generic 17" flat screen monitor, bearing serial number 7AC120842A20734;

        Lexmark PC card adapter;

        Segate hard drive, bearing serial number 920043-004;

        Segate Barracuda hard drive, bearing serial number JDD15244;

        Reader, bearing serial number 402011600042285;

        Digital media peripheral, bearing serial number 6-52944-18414-8.

2. Notice of this forfeiture notifying all third parties of the intent of the United States to dispose of the property in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was published in the <u>Montgomery Advertiser</u> newspaper on January 31 and February 7 and 14, 2008 (Doc. # 92); additionally, notice of this forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 consecutive days, beginning on January 28, 2008, and ending February 26, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims (Doc. # 90);

3. No petition of interest has been filed on behalf of any third-party. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter the proposed Final Order of Forfeiture filed herewith.

Respectfully submitted this 31st day of March, 2008.

>LEURA G. CANARY
>UNITED STATES ATTORNEY


>**/s/Tommie Brown Hardwick**
>TOMMIE BROWN HARDWICK
>Assistant United States Attorney
>Bar Number: ASB4152 W86T
>131 Clayton Street
>Montgomery, Alabama 36104
>Phone: (334) 223-7280
>Fax: (334) 223-7135
>E-mail: tommie.hardwick@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

>Respectfully submitted,


>**/s/Tommie Brown Hardwick**
>TOMMIE BROWN HARDWICK
>Assistant United States Attorney