```
            IN THE DISTRICT COURT OF THE UNITED STATES
               FOR THE MIDDLE DISTRICT OF ALABAMA
                         NORTHERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05cr301-WHA |
| | ) | |
| **MICHAEL DAVID KING** | ) | |

## FINAL ORDER OF FORFEITURE

On April 10, 2007, this Court entered a Preliminary Order of Forfeiture (Doc. # 79), ordering defendant Michael David King to forfeit the following property to the United States:

> Zeos laptop computer, model 005-0060-00, bearing serial number 247113;
>
> External 2-hard drive bay with one hard drive;
>
> Generic mid tower CPU, black;
>
> Generic full tower CPU, black;
>
> Generic mid tower CPU, beige;
>
> NEC laptop Model Ready220T, bearing serial number H382N00529;
>
> Packard Bell 8124, bearing serial number P481000759;
>
> Linksys 2port KVM switch, bearing serial number EZXS55W;
>
> Linksys Wireless Access Point Router, bearing serial number BEFW11S4;
>
> Linksys Wireless Signal Booster, bearing serial number WSB24;
>
> Linksys Cable modem, bearing serial number BEFCMU10;
>
> Generic 17" flat screen monitor, bearing serial number 7AC120842A20734;
>
> Lexmark PC card adapter;

>Segate hard drive, bearing serial number 920043-004;
>
>Segate Barracuda hard drive, bearing serial number JDD15244;
>
>Reader, bearing serial number 402011600042285;
>
>Digital media peripheral, bearing serial number 6-52944-18414-8.

The United States published notice of this forfeiture in the <u>Montgomery Advertiser</u> newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property (Doc. # 92); additionally, notice of this forfeiture was posted on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) for a period of 30 consecutive days, beginning on January 28, 2008, and ending on February 26, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims (Doc. # 90);

No timely petitions of interest have been filed.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

The following property is hereby forfeited to the United States of America pursuant to Title 18, United States Code, Section 2253:

>Zeos laptop computer, model 005-0060-00, bearing serial number 247113;
>
>External 2-hard drive bay with one hard drive;

        Generic mid tower CPU, black;
        Generic full tower CPU, black;

        Generic mid tower CPU, beige;

        NEC laptop Model Ready220T, bearing serial number H382N00529;

        Packard Bell 8124, bearing serial number P481000759;

        Linksys 2port KVM switch, bearing serial number EZXS55W;

        Linksys Wireless Access Point Router, bearing serial number BEFW11S4;

        Linksys Wireless Signal Booster, bearing serial number WSB24;

        Linksys Cable modem, bearing serial number BEFCMU10;

        Generic 17" flat screen monitor, bearing serial number 7AC120842A20734;

        Lexmark PC card adapter;

        Segate hard drive, bearing serial number 920043-004;

        Segate Barracuda hard drive, bearing serial number JDD15244;

        Reader, bearing serial number 402011600042285;

        Digital media peripheral, bearing serial number 6-52944-18414-8.

All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

Except as herein stated, all parties shall bear their own costs.

SO ORDERED this 1st day of April, 2008.


/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE